FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 07-26877-TPA |
| ROBERT STEPHEN YUHASZ § | |
| GRACE SMITH YUHASZ § | |
| DEBTOR § | |
| § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**OneWest Bank, FSB**
Name of Transferee

**IndyMac Bank, as servicer for the mortgage of record.**
Name of Transferor

Name and Address where notices to transferee
Should be sent:

**OneWest Bank, FSB**
**P.O. Box 829009**
**Dallas, Texas 75382-9009**

Court Claim # (if known): 6
Amount of Claim: $49,156.97
Date Claim Filed: 12/11/2007

Phone: **(800) 781-7399**
Last Four Digits of Acct #: **xxxxxx9930**

Phone: _____
Last Four Digits of Acct.#9930

Name and Address where transferee payments should
be sent (if different from above):

OneWest Bank, FSB
Cashiering Department
6900 Beatrice Drive
Kalamazoo, Michigan 49009

Phone: **(800) 781-7399**
Last Four Digits of Acct #: **xxxxxx9930**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ **LaKisha D. Stark** _____    Date: _____ 01/08/2013 _____
      Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 8th day of January 2013 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Robert Stephen Yuhasz
5002 Glenhurst Road
Pittsburgh, Pennsylvania 15207

Grace Smith Yuhasz
5002 Glenhurst Road
Pittsburgh Pennsylvania 15207

**Debtors' Attorney**
Stephen M. Otto
Law Office of Stephen M. Otto LLC
2 Woodland Road
Suite 201-A
Wyomissing, PA  19610

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

**US Trustee**
Office of the US Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, Pennsylvania  15222

          /s/ LaKisha D. Stark
          LaKisha D. Stark