SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT
## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

        2. Case Administrator

FROM:  Financial Administrator

DATE: 11-14-12   UC

CASE NAME: Juhasz

CASE NUMBER: 07-26877

Check Number 815869 in the amount of $23,800.31 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 5600    Intake Clerk's Initials DB

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

11/09/2012

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: ROBERT STEPHEN YUHASZ
GRACE SMITH YUHASZ
Case No: 07-26877A

Dear Mr. Horner:

　　I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
　　These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

　　　　　　　　　　Indymac Bank** ++
　　　　　　　　460 Sierra Madre Villa Ave#101
　　　　　　　　　　Mail Code Hs-01-04
　　　　　　　　　　Pasadena,CA 91107

CHECK NUMBER 815869　　　AMOUNT $23800.31

　　The disbursement(s) was returned to the Trustee for the following reason:

PROOF OF ASSIGNMENT NEEDED

　　　Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

　　　　　　　　　　　　　　　　　　/s/ Jackie Blough
　　　　　　　　　　　　　　　　　　Administrative Assistant
　　　　　　　　　　　　　　　　　　for Ronda J. Winnecour, Esq.
　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

CC:STEPHEN M OTTO ESQ*
ROBERT STEPHEN YUHASZ
GRACE SMITH YUHASZ
Indymac Bank** ++