IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 06-26877-TPA |
| ROBERT STEPHEN YUHASZ and : | |
| GRACE SMITH YUHASZ, : | Chapter 13 |
| : | |
| Debtors. : | Related to Document No. 86 |
| : | |
| : | |
| ONEWEST BANK, FSB, : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| : | |
| ROBERT STEPHEN YUHASZ, : | |
| GRACE SMITH YUHASZ, and : | |
| RONDA J. WINNECOUR, TRUSTEE, : | |
| : | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2013, upon consideration of the Motion of Claimant, OneWest Bank, FSB, requesting an Order directing payment of funds pursuant to 11 U.S.C. Sec. 347, it is hereby determined that the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. Sec. 2041, *et seq.* and it is Ordered that the Claimant's Motion is hereby Granted.

The Clerk of Court shall make payment of the unclaimed funds in the amount of $23,800.31 to OneWest Bank, FSB and send the payment to its counsel, James A. Prostko, Esquire, at Phelan Hallinan, LLP, Omni William Penn Place, 555 Grant Street, Suite 360, Pittsburgh, PA  15219.

_____
THOMAS P. AGRESTI
Chief United States Bankruptcy Judge

165773